UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC.,<br><br>                           Plaintiff,<br><br>                 v.<br><br>U.S. DEPARTMENT OF THE TREASURY et al.,<br><br>                           Defendants. | Civil Action No. 23-1304 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 15, 2023, Minute Order, Plaintiff and Defendants, U.S. Department of the Treasury ("Treasury") and Office of Foreign Assets Control ("OFAC"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on May 8, 2023. ECF No. 1. Plaintiff generally seeks communications between Defendants and the Special Master in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Civ. A. No. 17-151-LPS (D. Del.).

2. OFAC has completed the search process and located approximately 3,298 pages of potentially responsive documents.

3. The parties agree that OFAC will begin by reviewing and processing all documents potentially responsive to the narrower of Plaintiff's requests, FOIA No. 2023-FOIA-00220. In particular, OFAC will prioritize identifying and reviewing responsive materials provided or presented to the U.S. Government by the Special Master or his agents/representatives, related to the January 12, 2023 meeting referenced in FOIA No. 2023-FOIA-00220, or as follow-up thereto.

4. Documents potentially responsive to FOIA No. 2023-FOIA-00220 will be completely reviewed and, where appropriate, produced to Plaintiff by or before August 10, 2023, unless the volume of such material exceeds 500 pages, in which case 500 pages of such material will be reviewed and, where appropriate, produced by or before August 10, 2023. Following the completion of production of documents responsive to FOIA No. 2023-FOIA-00220, the parties will meet and confer as to whether subsequent review of Plaintiff's second, broader request, FOIA No. 2023-FOIA-00219, remains necessary.

5. At this time, Defendants do not anticipate the need for an *Open America* stay in this case.

6. The Parties propose deferring the question of whether a *Vaughn* index will be required in this case and whether summary judgment briefing is anticipated until the document productions have concluded.

7. The Parties propose to file an additional JSR no later than August 23, 2023.

8. A proposed order is enclosed.

Dated: July 5, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

- 3 -

<u>/s/ Samuel G. Hall</u>
Samuel G. Hall (D.C. Bar No. 242110)
Andrew B. English (D.C. Bar No. 1021498)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
SHall@willkie.com
AEnglish@willkie.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF TREASURY et al.,<br><br>    Defendants. | Civil Action No. 23-1304 (TJK) |

## **[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by August 23, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this \_\_\_\_\_ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE