UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY et al.,<br><br>                Defendants. | Civil Action No. 23-1304 (TJK) |

### JOINT STATUS REPORT

Pursuant to the Court's September 6, 2023, Minute Order, Plaintiff and Defendants, the U.S. Department of the Treasury ("Treasury") and the Office of Foreign Assets Control ("OFAC"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on May 8, 2023. ECF No. 1. Plaintiff generally seeks communications between Defendants and the Special Master in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Civ. A. No. 17-151-LPS (D. Del.).

2. OFAC has completed the search process and located approximately 3,298 pages of potentially responsive documents.

3. OFAC reports that it provided its second interim response to Plaintiff under cover letter dated September 11, 2023. Consistent with the Parties' proposed processing and production schedule, OFAC reviewed in excess of 500 pages of potentially responsive documents in connection with this second interim response. The September 11, 2023, response noted that the Department had referred 558 pages to another government agency for direct response.

4. OFAC has completed its review of records identified as potentially responsive to both of Plaintiff's FOIA requests (2023-FOIA-00219 and -00220). The only remaining records are those that are pending a submitter notice or consultations, totaling 116 pages.

5. Given the completion of Treasury's review process, Treasury will begin preparing a draft *Vaughn* index with respect to the documents consisting of 36 pages already withheld or redacted.

6. The parties propose to file an additional JSR no later than October 23, 2023.

7. A proposed order is enclosed.

Dated: September 22, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Sean M. Tepe*
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533

*Counsel for the United States of America*

*/s/ Samuel G. Hall*
Samuel G. Hall (D.C. Bar No. 242110)
Andrew B. English (D.C. Bar No. 1021498)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
shall@willkie.com
aenglish@willkie.com

*Counsel for Plaintiff*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>TREASURY et al.,<br><br>  Defendants. | Civil Action No. 23-1304 (TJK) |

**[Proposed] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by October 23, 2023 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE