UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC.,<br><br>                    Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE TREASURY et al.,<br><br>                    Defendants. | Civil Action No. 23-1304 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 6, 2024, Minute Order, Plaintiff and Defendants, the U.S. Department of the Treasury ("Treasury") and the Office of Foreign Assets Control ("OFAC"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on May 8, 2023. ECF No. 1. Plaintiff generally seeks communications between Defendants and the Special Master in *Crystallex International Corp. v. Bolivarian Republic of Venezuela*, Civ. A. No. 17-151-LPS (D. Del.).

2. OFAC has completed the search process and located approximately 3,298 pages of potentially responsive documents.

3. As previously reported on September 22, 2023, OFAC completed its review of all records identified as potentially responsive to both of Plaintiff's FOIA requests (2023-FOIA-00219 and -00220) and completed processing of all records except for 116 pages that were pending a submitter notice or consultations. The 116 pages remain under consultation as of this date.

4. On November 30, 2023, the parties reached agreement for the Department of Justice and Department of Treasury to identify any records sent by the Special Master in the 116-page consult sent by the Department of Treasury.[1] Consistent with this agreement, the Department of Justice identified 23 of the 116 pages. In addition, for any records sent by the Special Master released by the agencies, the parties will discuss the necessity of a *Vaughn* index for all withheld or FOIA exempt documents. Following the release or, if needed, the completion of *Vaughn* indexes, the parties will confer as to whether additional FOIA review remains necessary with respect to the remainder of the documents.

5. On February 16, 2024, the Department of Justice completed its review of the 116-page consult and returned it to Treasury. On February 21, 2024, Treasury requested additional information from the Department of Justice regarding the consult, which the Department of Justice indicated it expected to provide by March 1, 2024. On February 29, 2024, in response to Plaintiff's request for an estimated date of production for the 116 pages, Treasury indicated that "it is unable to estimate a release date for the 116-page consult." On March 1, 2024, Plaintiff (1) requested confirmation from Treasury and the Department of Justice that the requested additional information had been provided to Treasury, (2) requested confirmation that all submitter notice processes had been completed with respect to the 116 pages, and (3) renewed Plaintiff's previous request to Treasury for an estimated date of determination and production. On March 4, 2024, the government reported that (1) on March 1, 2024, the Department of Justice confirmed that it responded to Treasury; and (2) Treasury confirmed that it has completed the submitter notice process. On March 11, 2024 and April 10, 2024, Treasury indicated that it is still waiting

---

[1] For a full description of the agreement reached by the Department of Justice, the Department of Treasury, the Department of State, Willkie Farr & Gallagher LLP, and PDV Holding, Inc., see Joint Status Report, *Willkie Farr & Gallagher LLP v. U.S. Department of Justice*, No. 1:23-cv-01591-TJK (D.D.C. Dec. 1, 2023), ECF No. 17.

completion of the consultation process for the 116 pages, and Treasury will continue to provide Plaintiff monthly status updates.

6. Given the completion of Treasury's review process, Treasury prepared a draft *Vaughn* index with respect to the documents consisting of 36 pages already withheld or redacted. Treasury provided the draft *Vaughn* to Plaintiff on November 20, 2023.

7. The parties propose to file an additional JSR no later than July 10, 2024.

8. A proposed order is enclosed.

Dated: May 3, 2024 Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525

*Counsel for the United States of America*

/s/ Samuel G. Hall
Samuel G. Hall (D.C. Bar No. 242110)
Andrew B. English (D.C. Bar No. 1021498)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
shall@willkie.com
aenglish@willkie.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PDV HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF TREASURY et al., <br><br> Defendants. | Civil Action No. 23-1304 (TJK) |

### [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by July 10, 2024 an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE